UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WMH Tool Group, Inc., <br>       Plaintiff, <br> v. <br><br> Woodstock International, Inc., and <br> Grizzly Industrial, Inc., <br>       Defendants. <br><br> Woodstock International, Inc., and <br> Grizzly Industrial, Inc., <br>       Counter-Plaintiffs, <br> v. <br><br> WMH Tool Group, Inc., <br>       Counter-Defendant. | Civil Action No.: 07-cv-3885 <br><br> Hon. Judge John W. Darrah <br><br> Magistrate Judge Michael T. Mason |

### DEFENDANTS' NOTICE OF DEPOSITION
### OF EDWARD E. CLAIR

To:    Steven C. Schroer
          Edward E. Clair
          Christine Pompa
          Shane Delsman
          Fitch Even Tabin & Flannery
          120 South LaSalle Street,
          Suite 1600
          Chicago, Illinois 60603-3406
          Attorneys for Plaintiffs

PLEASE TAKE NOTICE that on Thursday, November 20, 2008, at 10:00 a.m. (CDT) at the Offices of Husch Blackwell Sanders Welsh & Katz, 120 South Riverside Plaza, 22nd Floor, Chicago, Illinois, 60606, (312) 655-1500, defendants Woodstock International, Inc., and Grizzly Industrial, Inc., ("Woodstock" and "Grizzly") will take the deposition of Edward E. Clair before an officer who is duly authorized to administer oaths, and shall be recorded by stenographic means and may be recorded by videotape.

You are invited to attend and cross-examine.

Dated: November 7, 2008

*[signature]*

Joseph F. Schmidt (Illinois Bar No. 2492180)
Michele S. Katz (Illinois Bar No. 6273985)
HUSCH BLACKWELL SANDERS WELSH & KATZ
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
Tel: (312) 655-1500
Fax: (312) 655-1501
E-mail: joseph.schmidt@huschblackwell.com
E-mail: michele.katz@huschblackwell.com
*Attorneys for Woodstock and Grizzly*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2008, a true and correct copy of the foregoing DEFENDANTS' NOTICE OF DEPOSITION OF EDWARD E. CLAIR was served on the following attorneys for Williams & Hussey via electronic mail:

> Steven C. Schroer
> Edward E. Clair
> Christine Pompa
> Shane Delsman
> Fitch Even Tabin & Flannery
> 120 South LaSalle Street
> Suite 1600
> Chicago, Illinois 60603-3406
> Attorneys for Plaintiffs

_____
One of the Attorneys for Defendant