IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WMH TOOL GROUP, INC., | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | Civil Action No. 07 C 3885 |
| v. | ) | |
| | ) | The Honorable John W. Darrah |
| WOODSTOCK INTERNATIONAL, INC., and | ) | |
| GRIZZLY INDUSTRIAL, INC., | ) | Magistrate Judge Michael T. Mason |
| | ) | |
| Defendants/Counter-Plaintiffs. | ) | |

## WMH'S EXHIBIT 27 TO WMH'S MOTION FOR PARTIAL SUMMARY JUDGMENT DISMISSING DEFENDANTS' DAMAGES COUNTERCLAIMS BASED UPON *NOERR-PENNINGTON* IMMUNITY

THIS DOCUMENT IS SUBJECT TO A PROTECTIVE ORDER ISSUED BY THE COURT ON OCTOBER 23, 2007. THIS ENVELOPE IS NOT TO BE OPENED NOR ARE THE CONTENTS TO BE EXAMINED, DISPLAYED, REVEALED, OR COPIED EXCEPT IN COMPLIANCE WITH THE PROTECTIVE ORDER.

Date: August 3, 2009

*/s/ Christine A. Pompa*
Steven C. Schroer
Edward E. Clair
Christine Abuel Pompa
Shane Delsman
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603-3406
Email: scschr@fitcheven.com
Email: eclair@fitcheven.com
Email: cpompa@fitcheven.com
Email: sdelsman@fitcheven.com
T: (312) 577-7000
F: (312) 577-7007

*Attorneys for Plaintiff, WMH Tool Group, Inc.*