**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WMH Tool Group, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07C 3885 |
| ) | |
| Woodstock International, Inc., and ) | The Honorable John W. Darrah |
| Grizzly Industrial, Inc., ) | |
| ) | Magistrate Judge Michael T. Mason |
| Defendants. ) | |
| Woodstock International, Inc., and ) | |
| Grizzly Industrial, Inc., ) | |
| ) | |
| Counter-Plaintiffs, ) | |
| v. ) | |
| ) | |
| WMH Tool Group, Inc., ) | |
| ) | |
| Counter-Defendant. ) | |

**INDEX OF EXHIBITS IN SUPPORT OF WMH'S MEMORANDUM IN OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

| Exhibit No. | Exhibit Description |
|---|---|
| 1 | Group Exhibit of Blacker & Decker Trademarks |
| 2 | December 19, 2008 30(b)(6) Deposition of Holz-Her U.S. Incorporated |
| 3 | January 1, 2009 30(b)(6) Deposition of Rojek U.S.A. |
| 4 | January 27, 2009 30(b)(6) Deposition of Clausing Colchester |
| 5 | January 27, 2009 30(b)(6) Deposition of Fryer Machine Systems Inc. |
| 6 | January 8, 2009 30(b)(6) Deposition of Timesavers |
| 7 | December 18, 2009 30(b)(6) Deposition of SCM Group USA Inc. |
| 8 | August 2000 Woodworker's Journal Magazine |
| 9 | December 1999 Fine Woodworking Magazine |
| 10 | November 11, 2007 Personal Deposition of Scott M. Box |
| 11 | 1996-1997 JET Metalworking Catalog |
| 12 | 1998-1999 JET Full Line Catalog |
| 13 | Group Exhibit of JET Advertisements in Magazines from 1998-1999 |

1

| **Exhibit No.** | **Exhibit Description** |
|---|---|
| 14 | Woodworker's Journal June 2000 JET Advertisement |
| 15 | January 17, 2008 Preliminary Injunction Hearing |
| 16 | January 22, 2009 30(b)(6) Deposition of Pistorius Machine Co., Inc. |
| 17 | October 17, 2008 Declaration of Kelly Mehler |
| 18 | January 9, 2009 Declaration of John Wirth, Jr. |
| 19 | January 23, 2009 30(b)(6) Deposition of Makita |
| 20 | U.S. Patent Registration Number 3,334,467 |
| 21 | January 21, 2009 30(b)(6) Deposition of Chevalier Machinery Inc. |
| 22 | November 9, 2008 Declaration of Sandor Nagyszalanczy |
| 23 | December 9, 2008 30(b)(6) Deposition of Acer / Springwood Machinery Tool Inc. |
| 24 | Mini Max and SCM Price List (Defendants' Acer Deposition Exhibit 30) |
| 25 | December 9, 2008 30(b)(6) Deposition of One-Way Manufacturing |
| 26 | December 9, 2008 30(b)(6) Attorney's Eye Only Portion of the One-Way Manufacturing Deposition |
| 27 | March 17, 2009 Personal Deposition of Scott M. Box |
| 28 | December 3, 2008 Personal Deposition of Sandor Nagyszalanczy |
| 29 | Expert Report of WMH's Industry Expert Ernie Conover |
| 30 | February 11, 2009 Personal Deposition of George M. Blanchfield |
| 31 | November 5, 2007 Declaration of George Blanchfield |
| 32 | Rebuttal Expert Report of WMH's Industry Expert Ernie Conover |
| 33 | Grizzly's 2008 Catalog |
| 34 | Shop Fox's 2007/2008 Machinery Catalog |
| 35 | Shop Fox's Model W1701 Manual |
| 36 | November 6, 2007 Declaration of Scott M. Box |
| 37 | July 17, 2009 Personal Deposition of Edward E. Clair |
| 38 | August 2000 Fine Woodworker Magazine |
| 39 | December 19, 2008 30(b)(6) Deposition of Holz-Her U.S. Incorporated |
| 40 | Speed Sander Advertisement from Timesavers' Website |
| 41 | Group Exhibit of Magazine Product Reviews |
| 42 | 1999 JET White Advertisement |
| 43 | Group Exhibit of Gray Delta Magazine Advertisements from 1998-2000 |
| 44 | Group Exhibit of JET Advertisements in Woodwork's Journal Magazine from 1998-2000 |

| Exhibit No. | Exhibit Description |
|---|---|
| 45 | Group Exhibit of JET Advertisements in Fine Woodworking Magazine from 1998-2000 |
| 46 | August 24, 2009 Declaration of Todd Damon |
| 47 | Expert Report of WMH's Trademark Expert Philip G. Hampton, II |
| 48 | September 25, 2009 Declaration of Scott Box |
| 49 | September 29, 2009 Declaration of George Blanchfield |
| 50 | August 18, 2009 Declaration of Kirk Wethey |
| 51 | August 17, 2009 Declaration of John Henderson |
| 52 | August 18, 2009 Declaration of Rand Robinson |
| 53 | August 20, 2009 Declaration of Ann Pickel |
| 54 | August 20, 2009 Declaration of James T. Berger |